IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-02110-TPO

JUAN CAMILO MARULANDA,

     Petitioner,

v.

GEORGE VALDEZ, Acting Denver Field Office Director,
U.S. Immigration and Customs Enforcement,

JUAN BALTAZAR, Warden,
Denver Contract Detention Facility,

MARKWAYNE MULLIN, Secretary,
U.S. Department of Homeland Security, and

TODD BLANCHE, Acting U.S. Attorney General,

in their official capacities,

     Respondents.

---

## MINUTE ORDER

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on July 13, 2026.**

This Court granted Petitioner's habeas corpus petition [ECF 19], and the Parties later filed a Joint Status Report [ECF 20] reporting that Petitioner was released from custody. There is no need to take further action in this case.

The Clerk of Court shall **close** this case and shall enter Final Judgment in Petitioner's favor.