IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:26-cv-02110-TPO

JUAN CAMILO MARULANDA,

     Petitioner,

v.

GEORGE VALDEZ, Acting Denver Field Office Director,
U.S. Immigration and Customs Enforcement,
JUAN BALTAZAR, Warden,
Denver Contract Detention Facility,
MARKWAYNE MULLIN, Secretary,
U.S. Department of Homeland Security, and
TODD BLANCHE, Acting U.S. Attorney General,
in their official capacities,

     Respondents.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Minute Order [ECF 19] by Magistrate Judge Timothy P. O'Hara entered on July 2, 2026, and the Minute Order [ECF 21] by Magistrate Judge Timothy P. O'Hara entered on July 13, 2026, it is

ORDERED that Final Judgment is hereby entered in favor of Petitioner and against Respondents. It is further

ORDERED that this case is closed.

DATED at Denver, Colorado this 13th day of July, 2026.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK


s/ Jesse Torres
Jesse Torres
Deputy Clerk